# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5441
_____

ST. JAMES HEALTHCARE GROUP,
INC. d/b/a St. James Health and
Rehabilitation Center on behalf
of Betty Roberts,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES, STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Department of Children and Families.
Melissa Roedel, Hearing Officer.

December 3, 2018

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————


Elizabeth Margaret Boyle, Osprey, for Appellant.

Camille Larson, Assistant Region Counsel, NW Region, Tallahassee, for Appellee.